UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXIS MONTERO, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

CITY OF MOUNT VERNON, NEW YORK; and DEBORAH REYNOLDS, in her official capacity as Comptroller for the City of Mount Vernon, New York,

        Defendants.

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

No. 7:21-CV-1924-NSR

---

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Brian J. LaClair and the exhibits attached thereto, and all papers and proceedings heretofore had herein, Plaintiff Alexis Montero will move pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.*, before the U.S. District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, for entry of an Order that (1) Plaintiffs' Motion is granted in all respects; (2) the Parties' Stipulation of Settlement is fair and reasonable for the reasons and authorities set forth in the Motion and filings in support thereof, and is in all respects approved; (3) the award of attorney's fees and costs provided for in the Stipulation of Settlement is fair and reasonable for the reasons and authorities set forth in the Motion and filings in support thereof, and is in all respects approved; (4) pursuant to the terms of the Stipulation of Settlement, this action shall be dismissed and discontinued with prejudice as to

the Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and any and all of the claims in this Action or that otherwise arise out of any of the incidents alleged in the Complaint held by Named Plaintiff Montero and the Opt-In Plaintiffs who negotiate their settlement checks are hereby settled, as against the Defendants, in full satisfaction of all claims for damages, costs, disbursements, and legal fees; and (5) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the Parties' Stipulation of Settlement.

DATED:  February 29, 2024                                              **BLITMAN & KING LLP**

*s/ Brian J. LaClair*
Brian J. LaClair (BL3158)
*Attorneys for Plaintiffs*
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
(315) 422-7111
bjlaclair@bklawyers.com

2