UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS MONTERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT VERNON, NEW YORK; and DEBORAH REYNOLDS, in her official capacity as Comptroller for the City of Mount Vernon, New York,<br><br>Defendants. | No. 7:21-CV-1924-NSR |

### [PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

This matter is before the Honorable Nelson S. Román, on Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement ("Motion"). After considering the Motion and the filings in support thereof, the Court hereby ORDERS as follows:

1. The Motion is GRANTED in all respects;

2. The Parties' Stipulation of Settlement is fair and reasonable for the reasons and authorities set forth in the Motion and filings in support thereof, and is in all respects approved;

3. The award of attorney's fees and costs provided for in the Stipulation of Settlement is fair and reasonable for the reasons and authorities set forth in the Motion and filings in support thereof, and is in all respects approved;

2

4. Pursuant to the terms of the Stipulation of Settlement, this action shall be dismissed and discontinued with prejudice as to the Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and any and all of the claims in this Action or that otherwise arise out of any of the incidents alleged in the Complaint held by Named Plaintiff Montero and the Opt-In Plaintiffs who negotiate their settlement checks are hereby settled, as against the Defendants, in full satisfaction of all claims for damages, costs, disbursements, and legal fees.

5. The Court shall retain jurisdiction of this matter for the sole purposes of enforcing the Parties' Stipulation of Settlement.

IT IS SO ORDERED, this _____ day of _____, 2024

_____
The Honorable Nelson S. Román
U.S. District Judge