UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIS MONTERO, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF MOUNT VERNON, NEW YORK; and DEBORAH REYNOLDS, in her official capacity as Comptroller for the City of Mount Vernon, New York,<br><br>     Defendants. | **CERTIFICATE OF SERVICE**<br><br>No. 7:21-CV-1924-NSR |

  I hereby certify that on February 29, 2024, I electronically filed the foregoing Notice of Motion for Approval of Unopposed Collective Action Settlement, Declaration of Brian J. LaClair, Esq., with Exhibit attached thereto, and Memorandum of Law on behalf of the Plaintiffs, with the Clerk of the United States District Court, Northern District of New York, using the CM/ECF system, which sent electronic notification of such filing to all Counsel of Record, including the following:

     William Otis Wagstaff, III william@wagstaff.legal

DATED: February 29, 2024
     Syracuse, New York       **BLITMAN & KING LLP**

                     s/ *Brian J. LaClair*
                     Brian J. LaClair (BL3158)
                     *Attorneys for Plaintiffs*
                     Franklin Center, Suite 300
                     443 North Franklin Street
                     Syracuse, New York 13204
                     (315) 422-7111
                     bjlaclair@bklawyers.com